UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

FILED
JAN 26 2010
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CRIMINAL NO. P-10-CR-002(9) |
| | ) |
| JUAN GOMEZ, | ) |
| | ) |
| Defendant. | ) |

APPLICATION FOR ISSUANCE OF ORDER FOR
WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Comes now the United States of America and respectfully represents that the above case is set for court proceedings instanter, that the Defendant, JUAN GOMEZ, is incarcerated and is now in the custody of the Warden, Debra Schult, at the Ray Brook Federal Correctional Institution in Ray Brook, New York.

WHEREFORE, the government prays that this Court issue an order directing the Clerk of the Court to issue a Writ of Habeas Corpus Ad Prosequendum addressed to the Warden, Debra Schult, at the Ray Brook Federal Correctional Institution in Ray Brook, New York, commanding her to surrender said Defendant into the custody of the United States Marshal for the Western District of Texas, or his duly authorized representative, and directing said Marshal to bring said Defendant to Pecos, Texas, instanter for the purpose of said proceedings, and any further proceedings to be had in this cause.

John E. Murphy
United States Attorney

By: _____
Monty Kimball
Assistant United States Attorney
2500 N. Highway 118, Suite A200
Alpine, Texas  79830
(432) 837-7332
(432) 837-7449 Fax