UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. P-10-CR-002(9) |
| | ) | |
| JUAN GOMEZ, | ) | |
| | ) | |
| Defendant. | ) | |

**FILED**
JAN 26 2010
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

ORDER FOR ISSUANCE OF WRIT OF
HABEAS CORPUS AD PROSEQUENDUM

Came on to be considered the application of the United States of America for Order for Issuance of Writ of Habeas Corpus Ad Prosequendum, representing that this cause is set for hearing in Pecos, Texas, instanter; that the Defendant is now incarcerated, and in the custody of the Warden, Debra Schult, at the Ray Brook Federal Correctional Institution in Ray Brook, New York, that justice demands the Defendant's presence at such proceedings; and the Government prays the Court to direct the issuance of a Writ of Habeas Corpus Ad Prosequendum for the attendance of said Defendant; and the Court, being of the opinion that said application should be granted; it is, therefore,

ORDERED that the Clerk issue a Writ of Habeas Corpus Ad Prosequendum, addressed to the Warden, Debra Schult, at the Ray Brook Federal Correctional Institution in Ray Brook, New York, directing that said Defendant be delivered into the custody of the United States Marshal, and directing said Marshal to bring the Defendant before this Court in Pecos, Texas, instanter, for the purpose of said hearing, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said

Defendant to the custody of the Warden, Debra Schult, at the Ray Brook Federal Correctional Institution in Ray Brook, New York.

SIGNED and ENTERED at Pecos, Texas, this 26th day of January, 2010.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate

**INMATE NAME:** JUAN GOMEZ
**REGISTER NUMBER:** 30721-112
**PRISON UNIT ADDRESS:** FCI Ray Brook
Federal Correctional Institution
P.O. Box 300
128 Ray Brook Road
Ray Brook, NY 12977
**AUSA REQUESTING WRIT:** Monty Kimball
**AUSA'S PHONE NUMBER:** (432) 837-7332