IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
Pecos Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br><br>vs.<br><br>Juan Gomez<br><br>*Defendant* | §<br>§<br>§<br>§  CASE NO.: P-10-CR-002 (09)<br>§<br>§<br>§<br>§ |

WRIT OF HABEAS CORPUS
AD PROSEQUENDUM

TO THE   Warden at the Ray Brook Federal Correctional Institution in Ray Brook, New York

GREETINGS:

You are hereby commanded to surrender and deliver unto the United States Marshal for the Western District of Texas, or his duly authorized representative, the body of   Juan Gomez   , a prisoner in your custody, for appearance in this Court on   ,  at          , (hearing at          ) and there to remain in the custody of the said Marshal or his duly authorized representative, during the   criminal proceedings   in the above styled and numbered cause, and upon termination of such proceedings to return the said defendant to the custody of the  Warden at the Ray Brook Federal Correctional Institution in Ray Brook, New York  .

This Writ shall be your warrant and authority in the premises, and the Clerk of this Court is hereby directed to cause to be delivered to you a copy of this Writ and a certified copy of the Order directing the issuance for your observance.

HEREIN FAIL NOT, but make due return of this Writ.

WITNESS the Honorable      B. Dwight Goains
                                          ─────────────────────────────
                                          Magistrate Judge, United States District Court
                                          Western District of Texas
                                          And the Seal of this Court hereto affixed this
                                          26th   day of   January      2010

WILLIAM G. PUTNICKI, CLERK
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____
       Deputy Clerk